# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 296 - 2 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Maria G. Isunza | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 6/4/08. Pretrial motions to be filed by or on 6/20/08; any response by or on 7/7/08; any reply by or on 7/14/08. Ruling by mail on or by 8/13/08. Status hearing set before Judge Gottschall on 6/18/08 at 9:30 a.m.. Government's oral motion to exclude time is granted. Time ordered excluded to 6/18/08 pursuant to 18:3161(h)(1)(F)  (X-E)

Docketing to mail notices.

00:14

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|