**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 2 1 2008

**MAGISTRATE JUDGE MORTON DENLOW**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DORIS HAMILTON
MARIA G ISUNZA

Case 08 CR 296

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARIA G. ISUNZA

| | |
|---|---|
| SIGNATURE | s/ STANLEY L. HILL |
| FIRM | STANLEY L. HILL & ASSOCIATES, P.C. |
| STREET ADDRESS | 651 W. WASHINGTON BLVD Suite 205 |
| CITY/STATE/ZIP | CHICAGO, IL 60661 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 1216732 |
| TELEPHONE NUMBER | (312) 917-8888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ |