## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 296 - 2 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Maria G. Isunza | | |

**DOCKET ENTRY TEXT**

Status hearing held regarding modification of the order setting conditions of release. The order setting conditions of release is modified to include the following: Defendant is to refrain from unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner and Defendant is to submit to substance abuse testing once quarterly as directed by Pretrial Services .

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | DK |
|---|---|---|