UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 00296 |
| | ) | Judge Joan B. Gottschall |
| MARIA ISUNZA | ) | |

TO: Christopher K. Veatch
    Assistant U.S. Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 25, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, or judge sitting in her stead, in Courtroom 2325 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present Motion to Withdraw as Counsel, copies of which are attached hereto and hereby served upon you.

                                                /s/ Yelena A. Dolgosheeva

### CERTIFICATE OF SERVICE

I, Yelena A. Dolgosheeva, an attorney, certify that on June 19, 2008, I caused a copy of the foregoing Notice of Filing and Motion to Withdraw as Counsel, to be electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above-captioned person and by serving upon the above-named counsel, via personal hand-delivery before 5:00 p.m. on June 19, 2008.

                                                /s/ Yelena A. Dolgosheeva

STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T. 312.917.8888
F. 312.781.9401
E. stanhill@core.com
W. *www.stanhilllaw.com*