UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00296
　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Doris J. Hamilton, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: as to Maria G. Isunza, Status hearing held on 6/18/2008, Oral motion by Attorney Yelena A. Dolgosheeva for leave to withdraw as counsel for defendant is entered and continued to 6/25/2008 at 9:30AM. Defendant is required to appear on 6/25/2008. ( Jury Trial set for 11/10/2008 at 09:00 AM. Status hearing set for 6/25/2008 at 09:30 AM.) Time is excluded through 11/10/2008 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.