# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 296 - 2 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Maria G. Isunza | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Motion by Stanley L. Hill to withdraw as attorney [22] is granted.  Motion by Yelena A. Dolgosheeva to withdraw as attorney [23] is granted.  Status hearing is set for 7/9/2008 at 9:30AM.  Counsel Yelena A. Dolgosheeva is required to assist defendant with contacting Federal Defender Program for appointment of counsel.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | RJ |
|---|---|---|