## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 296 - 2 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA v. Maria G. Isunza | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/13/08 at 9:30AM.  Oral motion by Stanley Hill to be appointed as counsel for defendant is granted.  It is hereby ordered that Stanley L. Hill & Associates, P.C. is court-appointed to represent Maria G. Isunza *nunc pro tunc* 4/15/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|