# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Maria Isunga

FOR: FILED JUL 9, 2008

JUDGE JOAN B. GOTTSCHALL

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Maria Isunga

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS:**
- Magistrate:
- District Court: 08CR296
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18 U.S.C., Section 371 failed to file income tax
26 U.S.C., Section 7203 failure to make individual tax return

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Homewatch Caregivers, 113 1/2 E. Main St, St. Charles IL 60174
- IF YES, how much do you earn per month? $ 528.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 1,000 Toyota 1993

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) June 25, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)