AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Maria G. Isunza

WARRANT FOR ARREST

Case Number: 08 CR 296-2

**FILED**
7-11-08
JUL 1 1 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Maria G. Isunza and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(Indictment) Information  Complaint  Order of court  Violation Notice  Probation Violation Petition
charging him or her with:

in violation of Title: 18  United States Code, Section(s): 371 Conspiracy to defraud the United States.
26  United States Code, Section(s) 7203 Willful failure to file return/information, etc.

Laura Springer
Name of Issuing Officer

*(signature)* Laura Springer
Signature of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

April 11, 2008  CHICAGO, ILLINOIS
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received: 4/11/08    Name and Title of Arresting Officer    Signature of Arrest Officer |
| Date of Arrest: 5/21/2008    SELF-SURRENDERED to USMS |