# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                                Case No.: 1:08–cr–00296
                                                            Honorable Joan B. Gottschall

Doris J. Hamilton, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: as to Doris J. Hamilton, Maria G. Isunza, Status hearing held on 8/13/2008, ( Status hearing set for 9/24/2008 at 09:30 AM.) Piyush Chandra and Doris J Hamilton failed to appear. Status hearing set for 9/24/2008 is set as to both defendants in this matter. Exclusion of time continues to 11/10/2008. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.